```
Steven J. Nataupsky (CSB 155,913)
Matthew S. Bellinger (CSB 222,228)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs,
American Honda Motor Co., Inc. and
Honda Giken Kogyo Kabushiki Kaisha
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California corporation, and HONDA GIKEN KOGYO KABUSHIKI KAISHA, a Japanese corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>EASTERN TOOLS & EQUIPMENT, INC., a California corporation, WORLDBEST KAMA MACHINERY CO., LTD., a Chinese corporation, and WUXI WORLDBEST KAMA MACHINERY CO., LTD., a Chinese corporation,<br><br>  Defendants. | Civil Action No.<br>CV 03-2883 ER (RNBx)<br><br>**[PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT WUXI WORLDBEST KAMA MACHINERY CO., LTD. PURSUANT TO FED. R. CIV. P. 55 (b)(2)**<br><br>Date: ~~May 24~~ June 7, 2004<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>The Hon. Edward Rafeedie<br><br>NOTE CHANGES MADE BY THE COURT.<br>ON PAGES 2 and 3 |

FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
JUN 16 2004
BY ___ 011

26

This Court, having reviewed Plaintiffs American Honda Motor Co., Inc.'s and Honda Giken Kogyo Kabushiki Kaisha's (collectively "Honda") Motion for Entry of Default Judgment Against Wuxi Worldbest Kama Machinery Co., Ltd. ("Wuxi Kama") Pursuant to Fed. R. Civ. P. Rule 55(b)(2), the Memorandum of Points and Authorities submitted in support thereof and the Declaration of Steven J. Nataupsky, including all exhibits thereto, and for good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED:

1. Honda is the owner of trade dress rights with respect to the engine and generator depicted in Exhibit A hereto (originally Exhibit 1 to the Complaint filed in this action).

2. By virtue of assignment, Honda is the owner of United States Patent No. Des. 416,537.

3. Wuxi Kama, its officers, directors, principals, agents, partners, servants, employees, subsidiaries, successors, attorneys, assigns, representatives, affiliated companies, licensees and all those acting in concert or participation with any of them are hereby perpetually enjoined and restrained from:

    a. Making, using, selling or offering to sell anywhere in the United States, or importing into the United States, engines having an appearance the same as or similar to the Honda engine depicted in Exhibit A or Exhibit B (originally Exhibit 2 to the Complaint filed in this action) hereto;

    b. Making, using, selling or offering to sell

1

anywhere in the United States, or importing into the United States, generators having an appearance the same as or similar to the Honda generator depicted in Exhibit A or B hereto;

   c. Infringing United States Patent No. Des. 416,537 during the term of the patent by making, using, selling or offering to sell anywhere in the United States, or importing into the United States, generators within the scope of the claim of the patent;

   d. Assisting, aiding, abetting any other person, or inducing or contributing another in engaging in or performing any of the acts prohibited in paragraphs 3(a), (b) and (c) above.

   e. Otherwise competing unfairly with Honda by making, using, selling or offering to sell anywhere in the United States, or importing into the United States, engines or generators having an appearance the same as or similar to the Honda engine and Honda generator depicted in Exhibit A or B hereto.

  4. By July [~~June~~] 1, 2004, Wuxi Kama shall file with this Court and serve on Honda a report in writing and under oath, verifying in detail the manner in which Wuxi Kama has complied with the injunction set forth in this Order.

  5. By July [~~June~~] 1, 2004, Wuxi Kama shall produce to Honda information sufficient to show Wuxi Kama's sales in the United States of engines and generators having an appearance the same as or similar to the engine and generator depicted in Exhibit A and generators covered by the claim of United States Patent No. Des. 416,537, the annual total unit and dollar sales for

2

each product, the price received for each sale, the cost to Wuxi Kama for each product sold, and the profits derived by Wuxi Kama from the sale of each product.

6. By ~~July~~ AUGUST 1, 2004, Honda shall file with the Clerk of this Court a bill of costs, together with any supporting declarations and exhibits, detailing Honda's actual damages, costs, interest and attorneys' fees resulting from the actions of Wuxi Kama identified in the Complaint filed in this action.

7. The Court may, if necessary, conduct a further hearing to determine the amount of Honda's recovery upon motion of Honda.

IT IS SO ORDERED.

Dated: JUN - 7 2004

By: *[signature]*
Honorable Edward Rafeedie
U.S. District Court Judge

3

SCANNED




**GX160**
OHV
最大出力5.5馬力

Exhibit A Page / of /

4

*KGE2800Xi/KGE2800Ti*



5

Exhibit _B_ Page _1_ of _1_

PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On April 28, 2004, I served the within **[PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT WUXI WORLDBEST KAMA MACHINERY CO., LTD. PURSUANT TO** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA FIRST CLASS MAIL**
Michael Doram
CRESKOFF & DORAM, LLP
1028 N. Lake, Suite #202
Pasadena, CA 91104
Attorneys for Defendant Eastern Tools & Equipment, Inc.

Warren W. Kaufman
PLOTKIN MARUTANI & KAUFMAN, A P.C.
15050 Ventura Blvd., Suite 490
Sherman Oaks, CA 91403-2426
Attorneys for Defendant Eastern Tools & Equipment, Inc.

**VIA FEDERAL EXPRESS**
Wuxi Worldbest Kama Machinery Co., Ltd.
No. 5 Xing Ming Road East
Dongting Economic Technology Development Area
Wuxi, Jiangsu Province, China 214101

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2004 at Irvine, California.

_Diana L. Rausa_
Diana L. Rausa

H:\DOCS\MSB\MSB-1984.DOC
042704